IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEITH D. STRUNIN,

    Plaintiff,

v.                                CASE NO.: 1:08cv197-SPM/AK

SADIE DARNELL, in her
official capacity as Sheriff
of Alachua County, Florida

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, the Agreed upon Motion for Extension of Time for Plaintiff to File a Response to Defendant's Motion to Dismiss (doc. 9) is granted. Plaintiff shall have up to and including March 6, 2009, to file and serve his response.

SO ORDERED this 4th day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge